UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WADIE MOORE, JR.,

    Plaintiff,

-vs-                                                                                    Case No.  8:11-cv-929-T-30AEP

JIM COATES, et al.,

    Defendants.
_____/

## **ORDER**

       This matter is before the Court, *sua sponte,* for review of the file.  Plaintiff, a Florida prisoner proceeding *pro se*, initiated this action by filing a civil rights complaint on April 27, 2011 (Dkt. 1), and a motion for leave to proceed *in forma pauperis* (Dkt. 2).  The Court granted Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 5).  The Court directed Plaintiff to file an amended complaint (Dkt. 4).  Plaintiff filed his amended complaint on June 6, 2011 (Dkt. 9).

       On June 14, 2011, the Court issued an order instructing the Clerk of the Court to send Plaintiff the waiver of service forms (Dkt. 10).  The order also instructed Plaintiff to complete the forms and return them to the Clerk of the Court within 20 days of the date of the order (Id.).  Plaintiff was warned that failure to timely return the forms "will result in dismissal of the case for failure to prosecute, **without further notice**." (emphasis in original). The order was mailed to Plaintiff's address of record, but it was returned to the Clerk as

undeliverable. The order was resent to Plaintiff, but again it was returned to the Clerk as undeliverable.

By neglecting to keep the Court informed of his current address, Plaintiff has failed to prosecute this action. Since mail sent to Plaintiff's last known address has been returned as undeliverable, it would be futile to send an order to show cause to Plaintiff at that address.[1] A case cannot, however, be allowed to linger on the Court's docket indefinitely.

ACCORDINGLY, it is **ORDERED** that the complaint is **DISMISSED** for failure to prosecute pursuant to Local Rule 3.10(a) (M.D. Fla.). The dismissal is without prejudice to Plaintiff filing a new action under a new case number. The **Clerk** shall terminate all pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 13, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: *Pro se* Plaintiff

---

[1] Local Rule 3.10(a) (M.D. Fla.) provides that "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution."